UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**REGINALD C. SCOTT**   :

    Petitioner   :   CIVIL ACTION NO. 3:23-0058

  v.   :   (JUDGE MANNION)

     :

**BERNADETTE MASON,**

     :

    Respondent

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Scott's unauthorized second or successive petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 is **DISMISSED** for lack of jurisdiction.

2. A certificate of appealability is **DENIED**.

3. The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

DATE: January 25, 2023
23-0058-01-Order